Union Mills, Respondent, *v.* William A. Harder et al., Appellants.

(Argued May 18, 1908; decided May 26, 1908.)

Motion to amend remittitur so that the adjudicating clause will read, "that the judgment appealed from herein be and the same hereby is reversed, new trial granted, costs to abide event, unless plaintiff stipulates within twenty days to modify the judgment by inserting therein a provision that the injunction against the defendants William A. Harder and Harder Manufacturing Company prohibiting them from entering directly or indirectly in the manufacture of shirts and drawers in the city of Hudson or the county of Columbia be limited to six years from November 14, 1901, in which case the judgment as so modified is affirmed, without costs to either party in this court." (See 191 N. Y. 483.)

*J. Rider Cady* for motion.

*D. Cady Herrick* opposed.

Motion granted, without costs.